# COUNTY OF RENVILLE v. CITY OF MINNEAPOLIS.[1]

December 9, 1910.

Nos. 16,729—(91).

**Order not appealable.**
> An appeal does not lie from an order directing a judgment on the pleadings for defendant.

**Dismissal on appeal.**
> Where an appeal is taken from a nonappealable order, it will be dismissed, though the objection is not raised by counsel for respondent.

Action in the district court for Hennepin county to recover $836.45 for expenses alleged to have been incurred in the care of a certain pauper. The answer denied that defendant was indebted in any sum whatever to plaintiff for the care of the pauper. From an order, Holt, J., granting defendant's motion for judgment in its favor upon the pleadings and directing that judgment be entered in favor of defendant, plaintiff appealed. Dismissed.

*Reike & Harnum* and *W. A. McDowell,* for appellant.

*Frank Healy,* City Attorney, and *Clyde R. White,* Assistant City Attorney, for respondent.

[1]Reported in 128 N. W. 669.

PER CURIAM.

This is an appeal from an order directing judgment upon the pleadings in defendant's favor. The order is not appealable, and this court is therefore without jurisdiction. We could not enter upon a consideration of the merits of this case without overruling a well-established rule, as shown by a long line of decisions of this court. Lamb v. McCanna, 14 Minn. 385 (513); Rogers v. Holyoke, 14 Minn. 387 (514); Hodgins v. Heaney, 15 Minn. 142 (185); Lockwood v. Bock, 46 Minn. 73, 48 N. W. 458. In U. S. S. L. & B. Co. v. Ahrens, 50 Minn. 332, 52 N. W. 898, it was said: "The point is not made by counsel for respondent, but, following the uniform practice of this court under like circumstances, the appeal is hereby dismissed." See also Gottstein v. St. Jean, 79 Minn. 232, 82 N. W. 311.

The appeal is therefore dismissed.